JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS MONJAREZ VENEJAZ,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-03236-SVW-PD<br>**JUDGMENT**<br><br>**A# 220-486-951** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

The Clerk of the Court is directed to Close this case.

DATED: November 18, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE